JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):

First Listed Plaintiff:
Thomas Noon ;
**County of Residence:** Platte County

Additional Plaintiff(s):
Christopher Skidmore ;
Candice Skidmore ;

### Defendant(s):

First Listed Defendant:
City of Platte Woods, Missouri;
**County of Residence:** Platte County

Additional Defendants(s):
Mayor John Smedley (individually) ;
Chief of Police Jim Kerns (individually);

**County Where Claim For Relief Arose:** Platte County

### Plaintiff's Attorney(s):

Michael Stipetich (All Plaintiffs)
Smith Mohlman Injury Law, LLC
701 E. 63rd Street, 3rd Floor
Kansas City, Missouri 64110
**Phone:** 816-866-7711
**Fax:** 816-866-7715
**Email:** stip@accidentlawkc.com

### Defendant's Attorney(s):

Matthew J. Gist (All Defendants)
Ensz & Jester, P.C.
1100 Main Street, Suite 2121
Kansas City, Missouri 64105
**Phone:** 816-474-8010
**Fax:** 816-471-7910
**Email:** mgist@enszjester.com

Christopher M. Napolitano (All Defendants)
Ensz & Jester, P.C.
1100 Main Street, Suite 2121
Kansas City, Missouri 64105
**Phone:** 816-474-8010
**Fax:** 816-471-7910
**Email:** cnapolitano@enszjester.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** N/A

**Defendant:** N/A

**Origin:** 2. Removed From State Court

**State Removal County:** Platte County

**State Removal Case Number:** 21AE-CC00264

**Nature of Suit:** 440 All Other Civil Rights

**Cause of Action:** 4. Count III of Plaintiff's Petition is brought under 42 U.S.C. § 1983 and alleges a violation of Plaintiffs' First Amendment Rights.

**Requested in Complaint**

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):**

**Jury Demand:** Yes

**Related Cases:** RELATED to case number 5:20-CV-06124, assigned to Judge Stephen R. Bough
RELATED to case number 5:20-CV-06081, assigned to Judge Judge Howard F. Sachs

---

**Signature:** /s/ Christopher M. Napolitano

**Date:** 11-29-2021

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.